# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DCSTAR INC., <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships And Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case No.: 23-cv-03351 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Maria Valdez |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff, DCSTAR INC., ("DCSTAR" or "Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order, entered June 5, 2023. [Docket No. 16]. In support of its Motion, DCSTAR, files herewith a Memorandum of Law and a further Declaration of Ann Marie Sullivan.

Dated: June 28, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**Sullivan & Carter, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 28, 2023 a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website accessible by the Defendants; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website.

*/s/ Alison K. Carter*
Alison K. Carter