UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DCSTAR INC.,

      PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 23-CV-03351

JUDGE REBECCA R. PALLMEYER

MAGISTRATE JUDGE MARIA VALDEZ

## PRELIMINARY INJUNCTION ORDER

Plaintiff, DCSTAR INC. ("Plaintiff" or "DCSTAR") filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court GRANTS DCSTAR's Motion.

This Court finds DCSTAR has provided notice to Defendants in accordance with the Temporary Restraining Order entered June 5, 2023 [16], ("TRO"), and Federal Rule of Civil Procedure 65(a)(1). This Court also finds, in the absence of adversarial presentation it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois, by offering to sell and ship products into

---

[1] The e-commerce store URLs are listed on Schedule A attached hereto.

this Judicial District. DCSTAR has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of DCSTAR's federally registered Patent ("the Infringing Products") to residents of Illinois. In this case, DCSTAR has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase Infringing Products. See [Docket No. 11], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its Infringing Products to customers in Illinois. The Patent in suit is shown below (the "DCSTAR Patent").

| PATENT NUMBER | CLAIM | ISSUE DATE |
|---|---|---|
| US 11,478,575 |  | October 25, 2022 |

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion

and in support of DCSTAR's previously granted Motion for a TRO establishes that DCSTAR has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that DCSTAR will suffer irreparable harm if the injunction is not granted.

Specifically, DCSTAR has proved a prima facie case of patent infringement because (1) Plaintiff has shown that it is the owner of the federally registered patent that is at issue in this case; (2) that the patent is being infringed; (3) that the presumption of validity attached to all issued patents controls and is enough to establish a likelihood that the patent will survive an invalidity challenge; (4) and that Defendants are not licensed or authorized to use Plaintiff's Patent. Furthermore, Defendants' continued and unauthorized use of the DCSTAR Patent, irreparably harms DCSTAR through diminished goodwill and brand confidence, damage to DCSTAR's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, DCSTAR has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1.     Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them, be temporarily enjoined and restrained from:

   a.   manufacturing, distributing, marketing, using, offering for sale, selling, and/or importing Infringing Products or any reproductions, counterfeit copies or colorable imitations thereof;

   b.   passing off, inducing, or enabling others to sell or pass off any Infringing Products;

c.  using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or Defendant Internet Store that is being used to sell, or is the means by which Defendants could continue to sell Infringing Products;

d.  effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) – (c).

2.  Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants or in connection with any of the Defendant Internet Stores, including but not limited to, any online marketplace platforms such as AliExpress, Inc. ("AliExpress"), Amazon, Inc. ("Amazon"), eBay, Inc. ("eBay"), DHGate.com ("DHGate"), Temu, Walmart, and ContextLogic, Inc. ("Wish"), (collectively referred to as the "Online Marketplaces"), and any payment processors including but not limited to PayPal, Inc., Payoneer, Inc., Stripe, Inc., and Alipay US, Inc. (the "Payment Processors") (collectively, the "Third Party Providers") shall within five (5) business days of receipt of this Order:

a.  Disable and cease providing services for any accounts through which Defendants engage in the sale of Infringing Products, including any accounts associated with the Defendants;

b.  Disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of Infringing Products; and

c.  Take all steps necessary to prevent links to the Defendant Internet Stores from displaying in search results, including, but not limited to, removing links from any search index.

3.  Defendants, and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with the Defendant Internet Stores or other

websites operated by Defendants, including, without limitation, the Third Party Providers, shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a.   The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b.   The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the online marketplace accounts, the Defendants' other seller aliases and/or websites, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores and other Defendant websites;

c.   Defendants' websites and/or any online marketplace accounts;

d.   Any domain name registered by Defendants;

e.   Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, Payment Processors or other financial institutions, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.   Defendants and any persons and/or entities in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from

transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.      The Online Marketplaces and all other e-commerce platforms in privity with Defendants, and their respective related companies and affiliates, shall within five (5) business days of receipt of this Order:

a.      Identify and restrain all funds, as opposed to ongoing account activity, in, or which hereafter are transmitted, into the online marketplace accounts related to Defendants as identified on Schedule A, as well as all funds in, or which are transmitted, into (i) any other accounts of the same customer(s), (ii) any other accounts which transfer funds into the same financial institution account(s), any of the other accounts subject to this Order; and (iii) any other accounts tied to the Defendant Internet Stores.

b.      Provide Plaintiff's counsel with all data which details (i) an accounting of the total funds restrained and the identification of the financial account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners until after those accounts are restrained; and,

c.      Prevent the transfer or surrender of any and all funds restrained by this Order for any purpose (other than pursuant to a chargeback made pursuant to the Online Marketplace's security interest in the funds) without the express authorization of this Court.

6.      The Payment Processors and any banks, savings and loan associations, third party payment processors, or other financial institutions, for any Defendant or any of Defendants' online marketplace accounts or websites, shall within five (5) business days of receipt of this Order:

a.    Locate all accounts and funds connected to Defendants, Defendants' online marketplace accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third parties; and,

b.    Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.    Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and/or by sending an e-mail to any e-mail addresses provided for Defendants by Defendants or any third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "Super Negozio and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or email, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.    Plaintiff's Complaint [7], Exhibit 1 to the Complaint [7-1], Schedule A to the Complaint [7-2], Notice of Affiliates [8], Notice of Claims Involving Patents [9], Motion for Temporary Restraining Order [10] and its memorandum [11] and supporting pleadings [11-1, 11-2] and exhibits [11-3 – 11-8], and this Order, are unsealed.

9.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and

the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10.     The Ten Thousand Dollar ($10,000.00) bond posted by DCSTAR shall remain with the Court until a final disposition of this case or until the Preliminary Injunction is terminated.

SO ORDERED:

Dated:     June 30, 2023

Honorable Chief Judge Rebecca R. Pallmeyer

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DCSTAR INC.,

     PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO. 23-CV-03351

## SCHEDULE A

| No. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|-----|--------------------------|-----------------|
| 1 | Super Negozio | amazon.com/sp?seller=A19A8Q1GJ9CQ3H |
| 2 | LiuWenBo | amazon.com/sp?seller=A21COI5AC7HU4D |
| 3 | The meaning life | amazon.com/sp?seller=A22O1AW2DH52H4 |
| 4 | Qia's Store | amazon.com/sp?seller=A3ACW74XXPMIG0 |
| 5 | Tianchuan Shop | amazon.com/sp?seller=A2SFPKJZMRI6TS |
| 6 | RICHFISH$$(7-14 Days delivered to you) | amazon.com/sp?seller=AVQ0YV4II6SZ7 |
| 7 | Dragon Charm Department Store | amazon.com/sp?seller=A2I32UH1QZUDU |
| 8 | 好生意 | amazon.com/sp?seller=AMJFH82YZLBC3 |
| 9 | Ontour | amazon.com/sp?seller=A1H0FZGL7JI7TF |
| 10 | Snatufy | amazon.com/sp?seller=AZZ2BELHZY3BC |
| 11 | BananaPlan | amazon.com/sp?seller=A2NRVT1DJCKSJD |
| 12 | Ledong Yisi Trading Co., Ltd. | amazon.com/sp?seller=A1PB3DR3N3J76G |
| 13 | hunanshengzhenjunkejiyouxiangongsi | amazon.com/sp?seller=A1T7ND5S206TR9 |
| 14 | wenchangligengmengwangluokejiyouxiangongsi | amazon.com/sp?seller=A3KL9LRDPSPAHD |
| 15 | weifangjinjiaowangluokejiyouxiangongsi | amazon.com/sp?seller=A18HMDCWJM73N1 |
| 16 | mayiruxue | amazon.com/sp?seller=A3LUQYFINI7KRE |
| 17 | naimingdianzi | amazon.com/sp?seller=A3BZJ3QADVO7HG |
| 18 | AmzBoom | amazon.com/sp?seller=A1FMB2H7M2ZLPE |
| 19 | YOUCHANGWL | amazon.com/sp?seller=AR2F5X2ILUOI1 |
| 20 | Sanfengstore | amazon.com/sp?seller=AEUBBFZQA8NJV |
| 21 | ouqinisuiojh | amazon.com/sp?seller=A3E59Y6W3HFBU6 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 22 | yongchunshengtaifeistore | amazon.com/sp?seller=A29Z0UAJWORCHI |
| 23 | guangzhouyejun | amazon.com/sp?seller=A2IBGMHV5F3F03 |
| 24 | DJVMNJ | amazon.com/sp?seller=AWOVHKGERNAAQ |
| 25 | LiHaoJieXiaoDian$$(7-15 Fast Days delivered) | amazon.com/sp?seller=A19C49XYPL9BB8 |
| 26 | KunLongDeD | amazon.com/sp?seller=AO4MNF1ZH99W4 |
| 27 | 福鼎市敬里电子商务商行 | amazon.com/sp?seller=A7DR8IVDPKCM2 |
| 28 | Dandelion.store | amazon.com/sp?seller=ABWKTRYV60A0U |
| 29 | lvziqibeimeizhan | amazon.com/sp?seller=A2DTLQZH945WL3 |
| 30 | Lucky Deng | amazon.com/sp?seller=A5BTGSK4YNP65 |
| 31 | linguan(7~15days) | amazon.com/sp?seller=AGP28TNRCZ92H |
| 32 | WISHER$$(7-15 Fast Days delivered) | amazon.com/sp?seller=A3FGJX39VGT6UQ |
| 33 | COMETOORDERXIAOdian$$(7-15 Fast Days delivered) | amazon.com/sp?seller=ADRE6HWG5DOW8 |
| 34 | hanzhiyu | amazon.com/sp?seller=A2A8FSOPA52LQQ |
| 35 | putianshilichengyangsiyingmaoyiyouxiangongsi | amazon.com/sp?seller=A1XGPK77JXVQTL |
| 36 | YueYueHui ChuJia | amazon.com/sp?seller=A3PWGUWDVB19BC |
| 37 | LeiY (7-15 days Delivery) | amazon.com/sp?seller=A1YZ5JQENZ7ISN |
| 38 | WANGTINGDEDIAN | amazon.com/sp?seller=ACRRRSC4T65VE |
| 39 | SLISOP | amazon.com/sp?seller=A1WTK7FRYHB2KF |
| 40 | tairui-ap. | amazon.com/sp?seller=A1YK8QIE17XHXE |
| 41 | JINGMINGSHANGMAO | amazon.com/sp?seller=A3TIBH1RCQ1L25 |
| 42 | gaorenxindexiaodian | amazon.com/sp?seller=A3K6FHYXF6BHJK |
| 43 | xiwowangyi | amazon.com/sp?seller=A375TT95DF6H3O |
| 44 | AYAZER LIFE | amazon.com/sp?seller=A3GSBFHKDYPUA6 |
| 45 | AUTS-US | amazon.com/sp?seller=A25SOO695YCB2B |
| 46 | hefeipairangchentuiwangluokejiyouxiangongsi | amazon.com/sp?seller=AZE1UF3VYCFFH |
| 47 | xiangyinglei2023 | amazon.com/sp?seller=A2M88JHTQ7BHK7 |
| 48 | Yonggangwaimao | amazon.com/sp?seller=A1YW45PPMC6IQ8 |
| 49 | XieQian XuPo | amazon.com/sp?seller=A1AV5FXVTKX9PZ |
| 50 | kongkoushangmao | amazon.com/sp?seller=AZQL83PWLIUMT |
| 51 | putianshichengxiangquhaoshiyishangmaoyouxiangongsi | amazon.com/sp?seller=A3BXCOC16OCITO |
| 52 | DuanYongsaerw | amazon.com/sp?seller=A6RVMYN9WN2MM |
| 53 | Husky Trading | amazon.com/sp?seller=A1PRD0BEJ4HNA3 |
| 54 | JiajiaStore | amazon.com/sp?seller=A1LGDU33FNYC4J |
| 55 | 京帅 | amazon.com/sp?seller=AEBQUHCH8J1DY |
| 56 | QingYu Store | amazon.com/sp?seller=A1I5WX2GJIYPXJ |
| 57 | 之亭 | amazon.com/sp?seller=A3J9YMXWRA2Q20 |
| 58 | MEILANYE | amazon.com/sp?seller=AAYLFVE2EA9SH |

| No. | Defendant / Seller Alias | Marketplace URL |
|-----|--------------------------|-----------------|
| 59 | 菏泽东霞百货商有限公司 | amazon.com/sp?seller=A26L2F0N5S67BE |
| 60 | good lucky dog | amazon.com/sp?seller=A3IS7ZF6OZ29A1 |
| 61 | GelStore-US | amazon.com/sp?seller=A1KMI02AP9P74O |
| 62 | Shining&Store | amazon.com/sp?seller=A1SQ9RY2A5IA69 |
| 63 | fuqingshiyupingjiedaohuangyuhuiryongpinshangdian | amazon.com/sp?seller=A2W62K69QRZGA8 |
| 64 | WEKUW Shops | amazon.com/sp?seller=AFZS30AUTAJC4 |
| 65 | QiTangDiWangLuoKeJi (TunChang) YouXianGongSi | amazon.com/sp?seller=AHMVCN0IB3S42 |
| 66 | ItemNation | amazon.com/sp?seller=A2N792248R849F |
| 67 | MingLongTeng | amazon.com/sp?seller=A2ZBQ4VY7IFC9P |
| 68 | ZZCOSMY | amazon.com/sp?seller=A3HK2I0MCGIY2C |
| 69 | WuYiZhaoXi | amazon.com/sp?seller=A1K086TKX683Y4 |
| 70 | HQMOUKIM store (7-15 days) | amazon.com/sp?seller=A3VM2T0RG7WK58 |
| 71 | YaQiGuangYuKeJi | amazon.com/sp?seller=APJD2UT9NHJZW |
| 72 | Quanzhou Yueang Electronic Commerce Co. Ltd | amazon.com/sp?seller=A2X1A2DQEPVOCJ |
| 73 | YeXu | amazon.com/sp?seller=A3B0QWI49O70L8 |
| 74 | MayIuck | amazon.com/sp?seller=A1V12M43OPNU6O |
| 75 | HWQJJZ | amazon.com/sp?seller=A178042NKCL55Y |
| 76 | huiyuedianzishangwu | amazon.com/sp?seller=A2TRTLCLLC6WFY |
| 77 | Wbjmaoyi | amazon.com/sp?seller=A2CRWD5D0H2AH2 |
| 78 | ChenJinWenUS | amazon.com/sp?seller=A1L6MABV4UE6FC |
| 79 | 四颗糖商贸 | amazon.com/sp?seller=A3KP2UIDK2BDO5 |
| 80 | fanming-us | amazon.com/sp?seller=A1HKE8P3YGCNMN |
| 81 | ruqunshangmaoyouxiangongsi | amazon.com/sp?seller=A26M4LU0FYUARV |
| 82 | HEIXNGXING | amazon.com/sp?seller=A23IZX817SYYHD |
| 83 | ZHAO US | amazon.com/sp?seller=A2UN1C96ILVDUE |
| 84 | LuYu2001 | amazon.com/sp?seller=A357FPQADKAVJE |
| 85 | BINQIBAIHUO | amazon.com/sp?seller=ANQT57BLQIAM4 |
| 86 | chendonglei890 | ebay.com/usr/chendonglei890 |
| 87 | Golden Cart Store | ebay.com/str/goldencartstore |
| 88 | jinbowisdomhongkongh_0 | ebay.com/usr/jinbowisdomhongkongh_0 |
| 89 | glyshop | ebay.com/usr/glyshop |
| 90 | Mintestore | ebay.com/str/nikolassok |
| 91 | huichuangyoujie5188 | ebay.com/usr/huichuangyoujie5188 |
| 92 | storevox | ebay.com/str/storevox |
| 93 | ALi-top protect Store | aliexpress.com/store/1101491578 |
| 94 | Cutesliving Store | aliexpress.com/store/1101351612 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 95 | Han Xuan Store | aliexpress.com/store/1102713387 |
| 96 | Yyds Appliance Store | aliexpress.com/store/1101598318 |
| 97 | Touching Life Store | aliexpress.com/store/1101401989 |
| 98 | EELHOE MAKEUPS Store | aliexpress.com/store/1102604753 |
| 99 | Buri Store | aliexpress.com/store/1101318710 |
| 100 | Shop1102790217 Store | aliexpress.com/store/1102790218 |
| 101 | Xiaolaotou Store | aliexpress.com/store/1101307780 |
| 102 | Shop912663023 Store | aliexpress.com/store/1101948454 |
| 103 | Sporting goods A Store | aliexpress.com/store/1101738342 |
| 104 | Shop1102773654 Store | aliexpress.com/store/1102776196 |
| 105 | Shop1102765281 Store | aliexpress.com/store/1102766283 |
| 106 | BDD Outdoor Store | aliexpress.com/store/1101364529 |
| 107 | POP Quality Life S | aliexpress.com/store/1101817499 |
| 108 | HNQH Outdoor Sport Store | aliexpress.com/store/1101551618 |
| 109 | Liplasting Outdoor Going Store | aliexpress.com/store/1101015531 |
| 110 | 2023 Outdoor Life Store | aliexpress.com/store/1101877747 |
| 111 | 4Homie Store | aliexpress.com/store/1102029845 |
| 112 | Shop1102666922 Store | aliexpress.com/store/1102668903 |
| 113 | Shop1102790401 Store | aliexpress.com/store/1102787440 |
| 114 | Shwu Sportsst Store | aliexpress.com/store/1101815672 |
| 115 | Victory Outdoor Fitness Store | aliexpress.com/store/1101385825 |
| 116 | Shop5785635 Store | aliexpress.com/store/1101392393 |
| 117 | Shosh Store | aliexpress.com/store/1102695761 |
| 118 | Always You Store | aliexpress.com/store/1101496032 |
| 119 | Household Better Life Store | aliexpress.com/store/1102521321 |
| 120 | Airuier Dropshipping Health-Life Store | aliexpress.com/store/1102316603 |
| 121 | Shop1102406726 Store | aliexpress.com/store/1102407702 |
| 122 | Supercaring Store | aliexpress.com/store/1101655752 |
| 123 | TUBI Store | aliexpress.com/store/1102203228 |
| 124 | Solar Panel Netflix Store | aliexpress.com/store/1102062142 |
| 125 | Shop1102799204 Store | aliexpress.com/store/1102799205 |
| 126 | Shop1102194254 Store | aliexpress.com/store/1102196159 |
| 127 | YE TIAN Store | aliexpress.com/store/1102409242 |
| 128 | Shop4922116 Store | aliexpress.com/store/1101318499 |
| 129 | High-end Outdoor Products Store | aliexpress.com/store/1102024767 |
| 130 | Outdoor Hunting Factory Store | aliexpress.com/store/1102754379 |
| 131 | Professional outdoor life Store | aliexpress.com/store/1102627923 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 132 | Dropshipping Health-Life Store | aliexpress.com/store/1101550385 |
| 133 | Shop5370096 Store | aliexpress.com/store/1101356467 |
| 134 | RLKR RESCUE Store | aliexpress.com/store/1102421883 |
| 135 | OwlSight Tactical Gear Store | aliexpress.com/store/1101876401 |
| 136 | Do Drop shipping Store | aliexpress.com/store/1101409912 |
| 137 | CAMPMORE Store | https://campmore.aliexpress.com/store/1101816144 |
| 138 | Shop1102643048 Store | aliexpress.com/store/1102643049 |
| 139 | Outdoor Adventure Sport Store | aliexpress.com/store/1102337535 |
| 140 | Outdoor Sport Dropship Store | aliexpress.com/store/1102440822 |
| 141 | Dropshipme Home Store | aliexpress.com/store/1102251858 |
| 142 | Roy And Hailey Store | aliexpress.com/store/1102796049 |
| 143 | JianYouCare Official Store | aliexpress.com/store/1101219695 |
| 144 | Ongo Outdoor Store | aliexpress.com/store/1102086245 |
| 145 | Shop1102743341 Store | aliexpress.com/store/1102743342 |
| 146 | Camping Adventure Store | aliexpress.com/store/1102696715 |
| 147 | Onna | dhgate.com/store/21800586 |
| 148 | Dy6m | dhgate.com/store/21817816 |
| 149 | Alo5 | dhgate.com/store/21819288 |
| 150 | Ydcl | dhgate.com/store/21819472 |
| 151 | Q7qo | dhgate.com/store/21819439 |
| 152 | Fs5b | dhgate.com/store/21819143 |
| 153 | D65j | dhgate.com/store/21819384 |
| 154 | G3nr | dhgate.com/store/21819287 |
| 155 | Bei07 | dhgate.com/store/21756537 |
| 156 | Ai829 | dhgate.com/store/21815455 |
| 157 | Li548 | dhgate.com/store/21815328 |
| 158 | ql201136 Store | dhgate.com/wholesale/products/8aaa8c648774c13401877dd4b1297e19 |
| 159 | Ai794 | dhgate.com/store/21815369 |
| 160 | lifevacwholesale Store | dhgate.com/wholesale/products/8aaa915187598fd001876916abf15611 |
| 171 | hairuisi | walmart.com/seller/101316896 |
| 172 | Joybuy | walmart.com/seller/18988 |
| 173 | YASUO Co.Ltd | walmart.com/seller/101213736 |
| 174 | SHANGRUI Co.Ltd | walmart.com/seller/101226380 |
| 175 | Xingjian cold think specialty | temu.com/xingjian-cold-think-specialty-m-4726909647389 |
| 176 | sanhao | temu.com/sanhao-m-50860890902 |
| 177 | Zhizi | temu.com/zhizi-m-2658154682535 |
| 178 | NCY | temu.com/ncy-m-5353608081531 |

| No. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 179 | ONE PLUSE | temu.com/one-pluse-m-5021794561360 |
| 180 | TO BE BEST TOOLS | temu.com/to-be-best-tools-m-303352755774 |
| 181 | PiLiPaLa shop | temu.com/pilipala-shop-m-5244056960596 |
| 182 | Gehan Home Life Pilion | temu.com/gehan-home-life-pilion-m-4912987697340 |
| 183 | YULON | temu.com/yulon-m-2775766871152 |
| 184 | Ice rain | temu.com/ice-rain-m-2796901327874 |
| 185 | MARVIS | temu.com/marvis-m-318200365476 |
| 186 | JIMITE | temu.com/jimite-m-3039693209676 |
| 187 | Jabukosu | temu.com/jabukosu-m-2730122945160 |
| 188 | OSXY | temu.com/osxy-m-4222777030588 |
| 189 | YALER | temu.com/yaler-m-5785352810978 |
| 190 | Tyson | temu.com/tyson-m-4929911343936 |
| 191 | zhouxuejiao5550 | wish.com/merchant/62eced3466022a7381a064f6 |
| 192 | renyu2918 | wish.com/merchant/62d7c2c1b08a4480ba4916be |