UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DCSTAR INC, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships And Unincorporated Associations Identified On Schedule A, <br><br> Defendants. | Case No.: 23-cv-03351 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Maria Valdez |

## FINAL JUDGMENT ORDER

This action, having been commenced by DCSTAR INC ("DCSTAR" or "Plaintiff") against the Defendants identified on Schedule A, and using the online marketplace accounts identified therein (collectively, the "Defendant Internet Stores"), and DCSTAR, having moved for entry of Default and Default Judgment against the Defendants identified on Schedule A attached hereto which have not been dismissed from this case (the "Defaulting Defendants") with the exception of a certain defendant;[1]

This Court, having entered a Preliminary Injunction against Defaulting Defendants, which included an asset restraining order; DCSTAR, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and/or email, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

---

[1] This Order does not apply to POP Quality Life Store (def no.107) who has appeared and filed an extension of time to respond to the Complaint.

1

pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that DCSTAR has provided a basis to conclude that Defaulting Defendants have sold products infringing Plaintiff's U.S. Patent No. US 11,478,575 (the '575 Patent) and are therefore liable for patent infringement under 35 U.S.C. § 271.

Accordingly, this Court orders that DCSTAR's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. offering for sale, selling, and importing any product not authorized by DCSTAR, including any reproduction, copy, or colorable imitation of the '575 Patent;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the '575 Patent;

   c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces such as AliExpress, Amazon, DHGate, eBay, Temu, Walmart, and Wish (collectively, the "Third Party Providers"), social media platforms, Facebook, YouTube,

LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant domain names, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of products infringing upon the '575 Patent, including any accounts associated with the Defaulting Defendants listed on Schedule A;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of products infringing upon the '575 Patent; and

    c. take all steps necessary to prevent links to the online marketplaces accounts identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

    3.    Pursuant to 35 U.S.C. § 284, DCSTAR is awarded lost profits in the amounts indicated in the attached Schedule B from each Defaulting Defendant for the infringing use of the '575 Patent on products sold through at least the Defendant Internet Stores.[2]

    4.    Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Payoneer, Alipay, ContextLogic d/b/a Wish, Ant Financial Services, DHGate, eBay, Temu, Walmart, and Amazon Pay, shall, within five (5) days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the damages awarded in Paragraph 3 above) or other of Defaulting Defendants' assets.

---

[2] Each award is treble the greater of: (1) a calculation of per-unit-lost-profits ($25.50) multiplied by the average number of known infringing units sold by the defendants; (2) the restrained amount in the Defaulting Defendants' financial account(s); or (3) the infringing product revenue specific to the Defaulting Defendant.

5. All monies (up to the damages awarded in Paragraph 3 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by the Third Party Providers, are hereby released to DCSTAR as partial payment of the above-identified damages, and the Third Party Providers are ordered to release to DCSTAR the amounts from Defaulting Defendants' financial accounts within five (5) days of receipt of this Order.

6. Until DCSTAR has recovered full payment of monies owed to it by any Defaulting Defendant, DCSTAR shall have the ongoing authority to commence supplemental proceedings under Federal Civil Rule of Civil Procedure 69.

7. Until DCSTAR has recovered full payment of monies owed to it by any Defaulting Defendant, DCSTAR shall have the ongoing authority to serve this Order on the Third Party Providers, any banks, savings, and loan associations, third party payment processors, or other financial institutions, for any Defaulting Defendant or any of Defaulting Defendants' online marketplace accounts or websites, in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Third Party Providers shall within five (5) days:

    a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third parties;

    b. restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants; and,

    c. release all monies restrained in Defaulting Defendants' accounts to DCSTAR, as partial payment of the above-identified damages;

8.      In the event that DCSTAR identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, DCSTAR may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses originally identified and served, and any email addresses provided for Defaulting Defendants by third-parties.

9.      The bond posted by Plaintiff in the amount of $10,000.00, and any applicable or earned interest, is hereby ordered released by the Clerk of the Court to Plaintiff or its counsel, Sullivan & Carter, LLP. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel plus any accrued interest.

This is a Final Judgment.

Dated: September 15, 2023

_____
Chief Judge Rebecca R. Pallmeyer
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DCSTAR INC., <br><br>  Plaintiff, <br><br> v. <br><br> The Partnerships And Unincorporated Associations Identified On Schedule A, <br><br>  Defendants. | Case No.: 23-cv-03351 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Maria Valdez |

## Schedule A

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | Super Negozio | amazon.com/sp?seller=A19A8Q1GJ9CQ3H |
| 2 | LiuWenBo | amazon.com/sp?seller=A21COI5AC7HU4D |
| 3 | **DISMISSED** | |
| 4 | Qia's Store | amazon.com/sp?seller=A3ACW74XXPMIG0 |
| 5 | Tianchuan Shop | amazon.com/sp?seller=A2SFPKJZMRI6TS |
| 6 | RICHFISH$$(7-14 Days delivered to you) | amazon.com/sp?seller=AVQ0YV4II6SZ7 |
| 7 | **DISMISSED** | |
| 8 | ☐ ☐ ☐ | amazon.com/sp?seller=AMJFH82YZLBC3 |
| 9 | **DISMISSED** | |
| 10 | Snatufy | amazon.com/sp?seller=AZZ2BELHZY3BC |
| 11 | BananaPlan | amazon.com/sp?seller=A2NRVT1DJCKSJD |
| 12 | Ledong Yisi Trading Co., Ltd. | amazon.com/sp?seller=A1PB3DR3N3J76G |
| 13 | hunanshengzhenjunkejiyouxiangongsi | amazon.com/sp?seller=A1T7ND5S206TR9 |
| 14 | wenchangligengmengwangluokejiyouxiangongsi | amazon.com/sp?seller=A3KL9LRDPSPAHD |
| 15 | weifangjinjiaowangluokejiyouxiangongsi | amazon.com/sp?seller=A18HMDCWJM73N1 |
| 16 | mayiruxue | amazon.com/sp?seller=A3LUQYFINI7KRE |
| 17 | naimingdianzi | amazon.com/sp?seller=A3BZJ3QADVO7HG |
| 18 | **DISMISSED** | |
| 19 | YOUCHANGWL | amazon.com/sp?seller=AR2F5X2ILUOI1 |
| 20 | **DISMISSED** | |
| 21 | ouqinisuiojh | amazon.com/sp?seller=A3E59Y6W3HFBU6 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 22 | yongchunshengtaifeistore | amazon.com/sp?seller=A29Z0UAJWORCHI |
| 23 | guangzhouyejun | amazon.com/sp?seller=A2IBGMHV5F3F03 |
| 24 | DJVMNJ | amazon.com/sp?seller=AWOVHKGERNAAQ |
| 25 | DISMISSED | |
| 26 | KunLongDeD | amazon.com/sp?seller=AO4MNF1ZH99W4 |
| 27 | □□□□□□□□□□ | amazon.com/sp?seller=A7DR8IVDPKCM2 |
| 28 | DISMISSED | |
| 29 | lvziqibeimeizhan | amazon.com/sp?seller=A2DTLQZH945WL3 |
| 30 | DISMISSED | |
| 31 | linguan(7~15days) | amazon.com/sp?seller=AGP28TNRCZ92H |
| 32 | WISHER$$(7-15 Fast Days delivered) | amazon.com/sp?seller=A3FGJX39VGT6UQ |
| 33 | DISMISSED | |
| 34 | DISMISSED | |
| 35 | putianshilichengyangsiyingmaoyiyouxiangongsi | amazon.com/sp?seller=A1XGPK77JXVQTL |
| 36 | YueYueHui ChuJia | amazon.com/sp?seller=A3PWGUWDVB19BC |
| 37 | LeiY (7-15 days Delivery) | amazon.com/sp?seller=A1YZ5JQENZ7ISN |
| 38 | WANGTINGDEDIAN | amazon.com/sp?seller=ACRRRSC4T65VE |
| 39 | SLISOP | amazon.com/sp?seller=A1WTK7FRYHB2KF |
| 40 | tairui-ap. | amazon.com/sp?seller=A1YK8QIE17XHXE |
| 41 | JINGMINGSHANGMAO | amazon.com/sp?seller=A3TIBH1RCQ1L25 |
| 42 | gaorenxindexiaodian | amazon.com/sp?seller=A3K6FHYXF6BHJK |
| 43 | xiwowangyi | amazon.com/sp?seller=A375TT95DF6H3O |
| 44 | AYAZER LIFE | amazon.com/sp?seller=A3GSBFHKDYPUA6 |
| 45 | AUTS-US | amazon.com/sp?seller=A25SOO695YCB2B |
| 46 | hefeipairangchentuiwangluokejiyouxiangongsi | amazon.com/sp?seller=AZE1UF3VYCFFH |
| 47 | xiangyinglei2023 | amazon.com/sp?seller=A2M88JHTQ7BHK7 |
| 48 | Yonggangwaimao | amazon.com/sp?seller=A1YW45PPMC6IQ8 |
| 49 | XieQian XuPo | amazon.com/sp?seller=A1AV5FXVTKX9PZ |
| 50 | kongkoushangmao | amazon.com/sp?seller=AZQL83PWLIUMT |
| 51 | putianshichengxiangquhaoshiyishangmaoyouxiangongsi | amazon.com/sp?seller=A3BXCOC16OCITO |
| 52 | DuanYongsaerw | amazon.com/sp?seller=A6RVMYN9WN2MM |
| 53 | Husky Trading | amazon.com/sp?seller=A1PRD0BEJ4HNA3 |
| 54 | JiajiaStore | amazon.com/sp?seller=A1LGDU33FNYC4J |
| 55 | □□ | amazon.com/sp?seller=AEBQUHCH8J1DY |
| 56 | QingYu Store | amazon.com/sp?seller=A1I5WX2GJIYPXJ |
| 57 | □□ | amazon.com/sp?seller=A3J9YMXWRA2Q20 |
| 58 | MEILANYE | amazon.com/sp?seller=AAYLFVE2EA9SH |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 59 | □□□□□□□□□ | amazon.com/sp?seller=A26L2F0N5S67BE |
| 60 | good lucky dog | amazon.com/sp?seller=A3IS7ZF6OZ29A1 |
| 61 | GelStore-US | amazon.com/sp?seller=A1KMI02AP9P74O |
| 62 | Shining&Store | amazon.com/sp?seller=A1SQ9RY2A5IA69 |
| 63 | fuqingshiyupingjiedaohuangyuhuiryongpinshangdian | amazon.com/sp?seller=A2W62K69QRZGA8 |
| 64 | WEKUW Shops | amazon.com/sp?seller=AFZS30AUTAJC4 |
| 65 | QiTangDiWangLuoKeJi (TunChang) YouXianGongSi | amazon.com/sp?seller=AHMVCN0IB3S42 |
| 66 | ItemNation | amazon.com/sp?seller=A2N792248R849F |
| 67 | **DISMISSED** | |
| 68 | ZZCOSMY | amazon.com/sp?seller=A3HK2I0MCGIY2C |
| 69 | WuYiZhaoXi | amazon.com/sp?seller=A1K086TKX683Y4 |
| 70 | HQMOUKIM store (7-15 days) | amazon.com/sp?seller=A3VM2T0RG7WK58 |
| 71 | YaQiGuangYuKeJi | amazon.com/sp?seller=APJD2UT9NHJZW |
| 72 | Quanzhou Yueang Electronic Commerce Co. Ltd | amazon.com/sp?seller=A2X1A2DQEPVOCJ |
| 73 | YeXu | amazon.com/sp?seller=A3B0QWI49O70L8 |
| 74 | MayIuck | amazon.com/sp?seller=A1V12M43OPNU6O |
| 75 | HWQJJZ | amazon.com/sp?seller=A178042NKCL55Y |
| 76 | **DISMISSED** | |
| 77 | **DISMISSED** | |
| 78 | **DISMISSED** | |
| 79 | **DISMISSED** | |
| 80 | fanming-us | amazon.com/sp?seller=A1HKE8P3YGCNMN |
| 81 | ruqunshangmaoyouxiangongsi | amazon.com/sp?seller=A26M4LU0FYUARV |
| 82 | HEIXNGXING | amazon.com/sp?seller=A23IZX817SYYHD |
| 83 | ZHAO US | amazon.com/sp?seller=A2UN1C96ILVDUE |
| 84 | LuYu2001 | amazon.com/sp?seller=A357FPQADKAVJE |
| 85 | BINQIBAIHUO | amazon.com/sp?seller=ANQT57BLQIAM4 |
| 86 | chendonglei890 | ebay.com/usr/chendonglei890 |
| 87 | Golden Cart Store | ebay.com/str/goldencartstore |
| 88 | jinbowisdomhongkongh_0 | ebay.com/usr/jinbowisdomhongkongh_0 |
| 89 | glyshop | ebay.com/usr/glyshop |
| 90 | Mintestore | ebay.com/str/nikolassok |
| 91 | huichuangyoujie5188 | ebay.com/usr/huichuangyoujie5188 |
| 92 | storevox | ebay.com/str/storevox |
| 93 | ALi-top protect Store | aliexpress.com/store/1101491578 |
| 94 | **DISMISSED** | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 95 | Han Xuan Store | aliexpress.com/store/1102713387 |
| 96 | Yyds Appliance Store | aliexpress.com/store/1101598318 |
| 97 | Touching Life Store | aliexpress.com/store/1101401989 |
| 98 | EELHOE MAKEUPS Store | aliexpress.com/store/1102604753 |
| 99 | Buri Store | aliexpress.com/store/1101318710 |
| 100 | Shop1102790217 Store | aliexpress.com/store/1102790218 |
| 101 | Xiaolaotou Store | aliexpress.com/store/1101307780 |
| 102 | Shop912663023 Store | aliexpress.com/store/1101948454 |
| 103 | Sporting goods A Store | aliexpress.com/store/1101738342 |
| 104 | Shop1102773654 Store | aliexpress.com/store/1102776196 |
| 105 | Shop1102765281 Store | aliexpress.com/store/1102766283 |
| 106 | BDD Outdoor Store | aliexpress.com/store/1101364529 |
| 107 | EXCEPTION | |
| 108 | HNQH Outdoor Sport Store | aliexpress.com/store/1101551618 |
| 109 | Liplasting Outdoor Going Store | aliexpress.com/store/1101015531 |
| 110 | 2023 Outdoor Life Store | aliexpress.com/store/1101877747 |
| 111 | 4Homie Store | aliexpress.com/store/1102029845 |
| 112 | Shop1102666922 Store | aliexpress.com/store/1102668903 |
| 113 | Shop1102790401 Store | aliexpress.com/store/1102787440 |
| 114 | Shwu Sportsst Store | aliexpress.com/store/1101815672 |
| 115 | Victory Outdoor Fitness Store | aliexpress.com/store/1101385825 |
| 116 | Shop5785635 Store | aliexpress.com/store/1101392393 |
| 117 | Shosh Store | aliexpress.com/store/1102695761 |
| 118 | Always You Store | aliexpress.com/store/1101496032 |
| 119 | Household Better Life Store | aliexpress.com/store/1102521321 |
| 120 | Airuier Dropshipping Health-Life Store | aliexpress.com/store/1102316603 |
| 121 | Shop1102406726 Store | aliexpress.com/store/1102407702 |
| 122 | Supercaring Store | aliexpress.com/store/1101655752 |
| 123 | TUBI Store | aliexpress.com/store/1102203228 |
| 124 | Solar Panel Netflix Store | aliexpress.com/store/1102062142 |
| 125 | Shop1102799204 Store | aliexpress.com/store/1102799205 |
| 126 | Shop1102194254 Store | aliexpress.com/store/1102196159 |
| 127 | YE TIAN Store | aliexpress.com/store/1102409242 |
| 128 | Shop4922116 Store | aliexpress.com/store/1101318499 |
| 129 | High-end Outdoor Products Store | aliexpress.com/store/1102024767 |
| 130 | Outdoor Hunting Factory Store | aliexpress.com/store/1102754379 |
| 131 | Professional outdoor life Store | aliexpress.com/store/1102627923 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 132 | Dropshipping Health-Life Store | aliexpress.com/store/1101550385 |
| 133 | DISMISSED | |
| 134 | RLKR RESCUE Store | aliexpress.com/store/1102421883 |
| 135 | OwlSight Tactical Gear Store | aliexpress.com/store/1101876401 |
| 136 | Do Drop shipping Store | aliexpress.com/store/1101409912 |
| 137 | CAMPMORE Store | https://campmore.aliexpress.com/store/1101816144 |
| 138 | Shop1102643048 Store | aliexpress.com/store/1102643049 |
| 139 | Outdoor Adventure Sport Store | aliexpress.com/store/1102337535 |
| 140 | Outdoor Sport Dropship Store | aliexpress.com/store/1102440822 |
| 141 | Dropshipme Home Store | aliexpress.com/store/1102251858 |
| 142 | Roy And Hailey Store | aliexpress.com/store/1102796049 |
| 143 | JianYouCare Official Store | aliexpress.com/store/1101219695 |
| 144 | Ongo Outdoor Store | aliexpress.com/store/1102086245 |
| 145 | Shop1102743341 Store | aliexpress.com/store/1102743342 |
| 146 | Camping Adventure Store | aliexpress.com/store/1102696715 |
| 147 | Onna | dhgate.com/store/21800586 |
| 148 | Dy6m | dhgate.com/store/21817816 |
| 149 | Alo5 | dhgate.com/store/21819288 |
| 150 | Ydcl | dhgate.com/store/21819472 |
| 151 | Q7qo | dhgate.com/store/21819439 |
| 152 | Fs5b | dhgate.com/store/21819143 |
| 153 | D65j | dhgate.com/store/21819384 |
| 154 | G3nr | dhgate.com/store/21819287 |
| 155 | Bei07 | dhgate.com/store/21756537 |
| 156 | Ai829 | dhgate.com/store/21815455 |
| 157 | Li548 | dhgate.com/store/21815328 |
| 158 | ql201136 Store | dhgate.com/wholesale/products/8aaa8c648774c13401877dd4b1297e19 |
| 159 | Ai794 | dhgate.com/store/21815369 |
| 160 | lifevacwholesale Store | dhgate.com/wholesale/products/8aaa915187598fd001876916abf15611 |
| 161 | DISMISSED | |
| 162 | Shenzhen Guoren Network Technology Co. | walmart.com/seller/18988 |
| 163 | DISMISSED | |
| 164 | DISMISSED | |
| 165 | DISMISSED | |
| 166 | DISMISSED | |
| 167 | Zhizi | temu.com/zhizi-m-265815468 2535 |
| 168 | NCY | temu.com/ncy-m-5353608081531 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 169 | ONE PLUSE | temu.com/one-pluse-m-5021794561360 |
| 170 | **DISMISSED** | |
| 171 | PiLiPaLa shop | temu.com/pilipala-shop-m-5244056960596 |
| 172 | **DISMISSED** | |
| 173 | **DISMISSED** | |
| 174 | Ice rain | temu.com/ice-rain-m-2796901327874 |
| 175 | **DISMISSED** | |
| 176 | **DISMISSED** | |
| 177 | **DISMISSED** | |
| 178 | **DISMISSED** | |
| 179 | **DISMISSED** | |
| 180 | Tyson | temu.com/tyson-m-4929911343936 |
| 181 | **DISMISSED** | |
| 182 | **DISMISSED** | |
| 183 | Guangzhou ZhichuanJing Electronic Commerce Co. | walmart.com/seller/18988 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DCSTAR INC., <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case No.: 1:23-cv-03351 |

# SCHEDULE B

| No. | Defendant / Seller Alias | Damages Awarded |
|---|---|---|
| 1 | Super Negozio | $4,054.50 |
| 2 | LiuWenBo | $8,874.00 |
| 3 | **DISMISSED** | |
| 4 | Qia's Store | $4,054.50 |
| 5 | Tianchuan Shop | $4,054.50 |
| 6 | RICHFISH$$(7-14 Days delivered to you) | $4,484.49 |
| 7 | **DISMISSED** | |
| 8 | □ □ □ | $4,054.50 |
| 9 | **DISMISSED** | |
| 10 | Snatufy | $5,694.45 |
| 11 | BananaPlan | $5,737.50 |
| 12 | Ledong Yisi Trading Co., Ltd. | $4,054.50 |
| 13 | hunanshengzhenjunkejiyouxiangongsi | $4,054.50 |
| 14 | wenchangligengmengwangluokejiyouxiangongsi | $4,054.50 |
| 15 | weifangjinjiaowangluokejiyouxiangongsi | $5,688.51 |
| 16 | mayiruxue | $15,147.00 |
| 17 | naimingdianzi | $4,054.50 |
| 18 | **DISMISSED** | |
| 19 | YOUCHANGWL | $5,661.00 |
| 20 | **DISMISSED** | |
| 21 | ouqinisuiojh | $4,896.00 |
| 22 | yongchunshengtaifeistore | $12,762.15 |

| No. | Defendant / Seller Alias | Damages Awarded |
|---|---|---|
| 23 | guangzhouyejun | $4,054.50 |
| 24 | DJVMNJ | $31,486.50 |
| 25 | **DISMISSED** | |
| 26 | KunLongDeD | $16,983.00 |
| 27 | □□□□□□□□□□ | $5,661.00 |
| 28 | **DISMISSED** | |
| 29 | lvziqibeimeizhan | $23,026.50 |
| 30 | **DISMISSED** | |
| 31 | linguan(7~15days) | $4,054.50 |
| 32 | WISHER$$(7-15 Fast Days delivered) | $4,240.53 |
| 33 | **DISMISSED** | |
| 34 | **DISMISSED** | |
| 35 | putianshilichengyangsiyingmaoyiyouxiangongsi | $4,054.50 |
| 36 | YueYueHui ChuJia | $4,054.50 |
| 37 | LeiY (7-15 days Delivery) | $4,054.50 |
| 38 | WANGTINGDEDIAN | $16,362.93 |
| 39 | SLISOP | $6,029.64 |
| 40 | tairui-ap. | $16,873.17 |
| 41 | JINGMINGSHANGMAO | $4,054.50 |
| 42 | gaorenxindexiaodian | $4,054.50 |
| 43 | xiwowangyi | $8,874.00 |
| 44 | AYAZER LIFE | $27,769.50 |
| 45 | AUTS-US | $10,972.65 |
| 46 | hefeipairangchentuiwangluokejiyouxiangongsi | $16,983.00 |
| 47 | xiangyinglei2023 | $4,054.50 |
| 48 | Yonggangwaimao | $4,054.50 |
| 49 | XieQian XuPo | $18,207.00 |
| 50 | kongkoushangmao | $4,054.50 |
| 51 | putianshichengxiangquhaoshiyishangmaoyouxiangongsi | $4,054.50 |
| 52 | DuanYongsaerw | $12,302.40 |
| 53 | Husky Trading | $15,577.35 |
| 54 | JiajiaStore | $8,096.88 |
| 55 | □□ | $4,054.50 |
| 56 | QingYu Store | $4,359.57 |
| 57 | □□ | $6,427.71 |
| 58 | MEILANYE | $4,054.50 |
| 59 | □□□□□□□□□□ | $8,858.10 |

8

| No. | Defendant / Seller Alias | Damages Awarded |
|---|---|---|
| 60 | good lucky dog | $4,054.50 |
| 61 | GelStore-US | $11,628.00 |
| 62 | Shining&Store | $4,054.50 |
| 63 | fuqingshiyupingjiedaohuangyuhuiryongpinshangdian | $4,054.50 |
| 64 | WEKUW Shops | $9,490.26 |
| 65 | QiTangDiWangLuoKeJi (TunChang) YouXianGongSi | $4,054.50 |
| 66 | ItemNation | $4,054.50 |
| 67 | DISMISSED | |
| 68 | ZZCOSMY | $4,054.50 |
| 69 | WuYiZhaoXi | $4,054.50 |
| 70 | HQMOUKIM store (7-15 days) | $4,054.50 |
| 71 | YaQiGuangYuKeJi | $6,232.77 |
| 72 | Quanzhou Yueang Electronic Commerce Co. Ltd | $4,054.50 |
| 73 | YeXu | $4,495.26 |
| 74 | MayIuck | $4,054.50 |
| 75 | HWQJJZ | $4,054.50 |
| 76 | DISMISSED | |
| 77 | DISMISSED | |
| 78 | DISMISSED | |
| 79 | DISMISSED | |
| 80 | fanming-us | $4,819.50 |
| 81 | ruqunshangmaoyouxiangongsi | $10,365.18 |
| 82 | HEIXNGXING | $29,146.50 |
| 83 | ZHAO US | $6,349.50 |
| 84 | LuYu2001 | $4,054.50 |
| 85 | BINQIBAIHUO | $31,482.03 |
| 86 | chendonglei890 | $4,054.50 |
| 87 | Golden Cart Store | $4,054.50 |
| 88 | jinbowisdomhongkongh_0 | $4,758.42 |
| 89 | glyshop | $4,054.50 |
| 90 | Mintestore | $4,054.50 |
| 91 | huichuangyoujie5188 | $12,240.00 |
| 92 | storevox | $4,054.50 |
| 93 | ALi-top protect Store | $4,054.50 |
| 94 | DISMISSED | |
| 95 | Han Xuan Store | $4,054.50 |
| 96 | Yyds Appliance Store | $4,054.50 |

| No. | Defendant / Seller Alias | Damages Awarded |
|---|---|---|
| 97 | Touching Life Store | $15,485.19 |
| 98 | EELHOE MAKEUPS Store | $4,054.50 |
| 99 | Buri Store | $4,054.50 |
| 100 | Shop1102790217 Store | $4,054.50 |
| 101 | Xiaolaotou Store | $4,054.50 |
| 102 | Shop912663023 Store | $4,054.50 |
| 103 | Sporting goods A Store | $12,990.87 |
| 104 | Shop1102773654 Store | $4,054.50 |
| 105 | Shop1102765281 Store | $4,430.31 |
| 106 | BDD Outdoor Store | $4,054.50 |
| 107 | EXCEPTION | |
| 108 | HNQH Outdoor Sport Store | $4,457.37 |
| 109 | Liplasting Outdoor Going Store | $8,378.28 |
| 110 | 2023 Outdoor Life Store | $5,414.79 |
| 111 | 4Homie Store | $4,054.50 |
| 112 | Shop1102666922 Store | $4,054.50 |
| 113 | Shop1102790401 Store | $4,054.50 |
| 114 | Shwu Sportsst Store | $4,054.50 |
| 115 | Victory Outdoor Fitness Store | $4,054.50 |
| 116 | Shop5785635 Store | $4,054.50 |
| 117 | Shosh Store | $4,054.50 |
| 118 | Always You Store | $14,429.88 |
| 119 | Household Better Life Store | $4,054.50 |
| 120 | Airuier Dropshipping Health-Life Store | $4,054.50 |
| 121 | Shop1102406726 Store | $4,054.50 |
| 122 | Supercaring Store | $4,054.50 |
| 123 | TUBI Store | $4,054.50 |
| 124 | Solar Panel Netflix Store | $4,054.50 |
| 125 | Shop1102799204 Store | $4,054.50 |
| 126 | Shop1102194254 Store | $4,054.50 |
| 127 | YE TIAN Store | $4,054.50 |
| 128 | Shop4922116 Store | $4,054.50 |
| 129 | High-end Outdoor Products Store | $4,054.50 |
| 130 | Outdoor Hunting Factory Store | $4,054.50 |
| 131 | Professional outdoor life Store | $4,054.50 |
| 132 | Dropshipping Health-Life Store | $4,382.52 |
| 133 | DISMISSED | |

| No. | Defendant / Seller Alias | Damages Awarded |
|---|---|---|
| 134 | RLKR RESCUE Store | $4,054.50 |
| 135 | OwlSight Tactical Gear Store | $4,054.50 |
| 136 | Do Drop shipping Store | $4,054.50 |
| 137 | CAMPMORE Store | $4,054.50 |
| 138 | Shop1102643048 Store | $4,054.50 |
| 139 | Outdoor Adventure Sport Store | $4,054.50 |
| 140 | Outdoor Sport Dropship Store | $4,054.50 |
| 141 | Dropshipme Home Store | $4,054.50 |
| 142 | Roy And Hailey Store | $4,054.50 |
| 143 | JianYouCare Official Store | $9,044.67 |
| 144 | Ongo Outdoor Store | $4,054.50 |
| 145 | Shop1102743341 Store | $4,054.50 |
| 146 | Camping Adventure Store | $4,054.50 |
| 147 | Onna | $4,054.50 |
| 148 | Dy6m | $4,054.50 |
| 149 | Alo5 | $4,054.50 |
| 150 | Ydcl | $4,054.50 |
| 151 | Q7qo | $4,054.50 |
| 152 | Fs5b | $4,054.50 |
| 153 | D65j | $4,054.50 |
| 154 | G3nr | $4,054.50 |
| 155 | Bei07 | $4,054.50 |
| 156 | Ai829 | $4,054.50 |
| 157 | Li548 | $4,054.50 |
| 158 | ql201136 Store | $4,054.50 |
| 159 | Ai794 | $4,054.50 |
| 160 | lifevacwholesale Store | $4,054.50 |
| 161 | **DISMISSED** | |
| 162 | Shenzhen Guoren Network Technology Co. | $4,054.50 |
| 163 | **DISMISSED** | |
| 164 | **DISMISSED** | |
| 165 | **DISMISSED** | |
| 166 | **DISMISSED** | |
| 167 | Zhizi | $10,251.00 |
| 168 | NCY | $4,054.50 |
| 169 | ONE PLUSE | $4,054.50 |
| 170 | **DISMISSED** | |

11

| No. | Defendant / Seller Alias | Damages Awarded |
|---|---|---|
| 171 | PiLiPaLa shop | $62,041.50 |
| 172 | DISMISSED | |
| 173 | DISMISSED | |
| 174 | Ice rain | $4,054.50 |
| 175 | DISMISSED | |
| 176 | DISMISSED | |
| 177 | DISMISSED | |
| 178 | DISMISSED | |
| 179 | DISMISSED | |
| 180 | Tyson | $14,229.00 |
| 181 | DISMISSED | |
| 182 | DISMISSED | |
| 183 | Guangzhou ZhichuanJing Electronic Commerce Co. | $4,054.50 |